UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL PAPAZIAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, USP-ATWATER,<br><br>Respondent. | No. 1:24-cv-00851-SKO (HC)<br><br>**ORDER DENYING MOTIONS FOR EXTENSION OF TIME**<br><br>**[Docs. 21, 22]** |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 22, 2025, Respondent filed a motion to dismiss the petition. (Doc. 18.) On February 12, 2025, Petitioner filed a motion for extension of time stating he was being transferred to an unknown facility. (Doc. 19.) On February 18, 2025, the Court found good cause for an extension of time and granted Petitioner an extension of sixty (60) days in light of his expected transfer. On that same date, Petitioner filed another request for extension of time complaining he had not yet received Respondent's response. (Doc. 21.) On February 24, 2025, Petitioner filed another request for extension of time, this time requesting an additional ninety (90) days. (Doc. 22.)

Petitioner's motions will be denied. The Court has already granted Petitioner's first

1

request and extended the deadline by an additional sixty (60) days. That order issued just seven (7) days ago. In addition, Petitioner's reasoning for the extension was the same reason provided for in his February 12, 2025, request, i.e., that he was being transferred to another institution.

Accordingly, Petitioner's requests for extension of time (Docs. 21, 22) are DENIED as premature and duplicative.

IT IS SO ORDERED.

Dated:   **February 25, 2025**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE