UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL PAPAZIAN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, USP-ATWATER,<br><br>    Respondent. | No. 1:24-cv-00851-SKO (HC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DENYING MOTION FOR COPIES**<br><br>[Doc. 25]<br><br>**[DEADLINE: MAY 19, 2025]** |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 22, 2025, Respondent filed a motion to dismiss the petition. (Doc. 18.) On February 12, 2025, Petitioner requested an extension of time. (Doc. 19.) On February 18, 2025, the Court granted Petitioner an extension of sixty (60) days to file an opposition. (Doc. 20.)

On April 17, 2025, Petitioner filed a motion for an extension of an additional thirty (30) days. (Doc. 25.) Good cause having been presented, Petitioner's motion for extension of time is GRANTED. The deadline to file an opposition is moved to May 19, 2025.

Petitioner also requested copies of Respondent's motion to dismiss. Petitioner is advised that the Court and its staff do not provide copy services for parties. The Clerk's office has no facilities or procedures for providing copies to parties or for recouping the costs involved in such

1

services. If Petitioner needs copies of certain documents, which are public records, he has several options. First, he may have someone copy those documents directly at the Court. Alternately, if Petitioner or an associate has access to the internet, he can access the Court's website and download and print the documents contained in the docket for this case.

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for extension of time is GRANTED, and the deadline for filing an opposition is set for May 19, 2025; and

2) Petitioner's motion for copies is DENIED.

IT IS SO ORDERED.

Dated: **April 21, 2025**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

2